195 P.3d 711

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| AIG Hawaii Ins. Co., Inc. v. State Farm Ins. Companies | 27789 | 10/08/2008 | Affirmed |
| Zaragoza v. CMS Monitoring, Inc. | 27329 | 10/10/2008 | Affirmed |
| Conner v. Hawai'i Patroling Authority | 28240 | 10/13/2008 | Vacated & Remanded |
| State v. Mitchell | 28079 | 10/17/2008 | Vacated & Remanded |

| | | | | |
|---|---|---|---|---|
| Barbee v. Queen's Medical Center | 28084 | 10/31/2008 | Denied | 119 Hawai'i 136, 194 P.3d 1098 |
| Pono v. Molokai Ranch, Ltd. | 28359 | 11/06/2008 | Denied | 119 Hawai'i 164, 194 P.3d 1126 |